UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
RODOLPHE NOGBOU,

               Plaintiff,

   - against -                    07 Civ. 3763 (RWS)

POLICE OFFICER MAYROSE et al.,

               Defendant.
----------------------------------------X
RODOLPHE NOGBOU,

               Plaintiff,

   - against -                    07 Civ. 8515 (RWS)

                             O R D E R
POLICE OFFICER LORE, et al.,

               Defendant.
----------------------------------------X

**Sweet, D.J.,**

     Defendants' letter dated January 28, 2008, will be treated as a motion and will be heard on submission, without oral argument, on Wednesday, March 5, 2008. All motion papers shall be served in accordance with Local Civil Rule 6.1.

     It is so ordered.

**New York, NY**
January 30, 2008

                                              **ROBERT W. SWEET**
                                                 U.S.D.J.