UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Rodolphe Nogbou

   -against-

Police Officer Mayrose Et Al

07 Civ. 3763 (RWS)

*RECEIVED MAR 27 2008 JUDGE SWEET CHAMBERS*

---

Rodolphe Nogbou

   -against-

Police Officer LoRe Et Al.,

07 Civ. 8515 (RWS)

NOTICE OF MOTION

---

*Handwritten order:* This motion is granted to the extent that all correspondence and court papers are to be served on all parties. So ordered.
Sweet USDJ 3-27-08

PLEASE TAKE NOTICE that upon the annexed affirmation of RODOLPHE NOGBOU, plaintiff and Pro Se litigant, affirmed on this 24th day of March 2008, and upon the exhibits attached thereto and the pleadings herein, plaintiff will respectfully move this court, before Honorable Robert W. Sweet, United States District Judge, for an Order FOR PREVENTIVE REMEDIES AGAINST BAD FAITH IN THE SERVICE OF LITIGATION PAPERS.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: New York, New York
      March 24, 2008.

Signature: _____
Rodolphe Nogbou
# 60326-054
MCC-New York
150 Park Row
New York, NY
     10007.

TO HONORABLE ROBERT W. SWEET
   UNITED STATES DISTRICT JUDGE
   SOUTHERN DISTRICT OF NEW YORK
   PRO SE OFFICE, ROOM 230
   500 PEARL STREET
   NEW YORK, NY 10007

   SUMIT SUD
   ASSISTANT CORPORATION COUNSEL
   100 CHURCH STREET, ROOM 3-209
   NEW YORK, NY 10007.

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 3/28/08*