MAR 11 2008 S.D. OF N.Y.

Rodolphe Nogbou

-against-

New York Police Department
Officer Mayrose Et Al.,

07 Civ. 3763 (RWS)

APPLICATION FOR THE COURT TO REQUEST COUNSEL

#17

1. NAME OF APPLICANT: Rodolphe Nogbou (Pro Se - Plaintiff)

2. EXPLAIN WHY YOU FEEL YOU NEED A LAWYER IN THIS CASE.

(a). The plaintiff is incarcerated since August 22, 2007 under false accusations that had not been materialized after trial. However, under minor considerations he is still incarcerated; the release of Rodolphe Nogbou and the release of the case (docket # 07 Cr. 814(JFK)) for which he had been incarcerated, from the district [illegible] to the court of appeals (for the minor considerations at issue) may be held for a long period of time.

(b). At MCC-New York (the prison where Rodolphe Nogbou is held) Pro Se litigant inmates must pay to make copies and type documents; the lack of income makes the production of litigation documents impossible for him.

(c). The defendants counsel is not returning (as instructed by plaintiff) the "Affirmation of Service" forms joined to documents served By Mail by the plaintiff, to be used as proof of Service on the copies of the same documents to the clerk of this court. For, In Person Service of the plaintiff's litigation documents to the corporation counsel is necessary (while he is incarcerated).

(d). Moreover, the prison is not making available (in the course of a considerable amount of time) components of typwriters to be purchased by Pro Se litigant inmates for their legal works.

(e). All the above-mentioned difficulties, coupled with the absolute control by the prison over the mail of the plaintiff, may hinder the TIMELY RESPONSE to motions with Precise "RETURN DATES".

3. EXPLAIN WHAT STEPS YOU HAVE TAKEN TO FIND AN ATTORNEY AND WITH WHAT RESULT.

. The plaintiff had sought legal counsel, but could not afford the upfront fees.

4. IF YOU NEED A LAWYER WHO SPEAKS IN A LANGUAGE OTHER THAN ENGLISH, STATE WHAT LANGUAGE YOU SPEAK:

. English.

5. I UNDERSTAND THAT IF A LAWYER VOLUNTEERS TO REPRESENT ME AND MY LAWYER LEARNS THAT I CAN AFFORD TO PAY FOR A LAWYER, THE LAWYER MAY GIVE THIS INFORMATION TO THE COURT.

Motion denied without prejudice. Leave granted to renew upon trial. So ordered.
[signature] USDJ
6-12-08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/13/08