RECEIVED
JUL 0 1 2008
JUDGE SWEET CHAMBERS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/08

Rodolphe Nogbou
# 60326-054
MCC-New York
150 Park Row
New York, NY 10007

June 26, 2008

> *Plaintiff will be granted a three week extension of his time to oppose the motion. So ordered.*
>
> *Sweet*
> *USDJ*
> *7-9-08*

TO HONORABLE ROBERT W. SWEET
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK
PRO SE OFFICE, ROOM 230
500 PEARL STREET
NEW YORK, NY 10007

Defendants Counsel
Sumit Sud
Assistant Corporation Counsel
100 Church Street, Room 3-209
New York, NY 10007

Re: Rodolphe Nogbou v. Police Officer Mayrose Et Al.,
    07 CV. 3763 (RWS)

    Rodolphe Nogbou v. Police Officer LoRe Et Al.,
    07 CV. 8515 (RWS)

Object: REQUEST FOR ENLARGEMENT OF TIME AND FOR A COURT ORDER FOR THE PRISON - MCC-NEW YORK - TO COMPLY WITH FEDERAL COURT ORDER

RODOLPHE NOGBOU, plaintiff and Pro Se litigant, in the above-mentioned actions, respectfully submits this letter for an enlargement of time, with regard to the plaintiff's response to the defendants' motion of May 30, 2008, pursuant to the Federal Rule of Civil Procedure 12(c).

It was adopted on May 20, 2008, that, the plaintiff's response to the defendants' motion, ought to be served on all parties on June 30, 2008.

However, due to circumstances beyond plaintiff's control, Rodolphe Nogbou will not be able to serve his response, on June 30, 2008.

The plaintiff had been incarcerated (under false accusations) since August 22, 2007 (when coming to the Pro Se Office, 500 Pearl Street, to serve some litigation papers). See case # 07 CR. 814 (JFK).

As inmate, the plaintiff is classified as "indigent", because he does not have any money in his prison's account.

The plaintiff (indigent and Pro Se litigant) had drafted the response to the defendants' motion of May 30, 2008; however, being indigent, the plaintiff had not been able to make copies of the drafted response to the defendants' Rule 12(c) motion (for service upon all parties).

> " Established case law recognizes prisoner's constitutional rights of access to the Courts. Indeed, the U.S. Supreme Court, has held that, for this access to be meaningful, indigent inmates must be provided at State expenses with paper and pen to draft legal documents and with stamps to mail them. "

Due to the incarceration conditions, plaintiff had not been able to provide the exact case law.
However, the following case may be a lead:
<u>Kenneth Stanislas v. Tolson, Warden, and Officer Suber, Mailroom Clerk</u>

The plaintiff had requested the service (copying of legal documents) from the prison - MCC-New York - since June 14, 2008.
However, as of this 26th day of June 2008, the plaintiff is still without the copies of the legal documents.

For, (a) the plaintiff respectfully, pleads with all parties, to accept his request for enlargement of time;

(b) the plaintiff respectfully requests that, the Court grant an order for the prison - MCC-New York - to comply with the Supreme Court order, that indigent inmates must be provided at State expenses with paper and pen to draft legal documents and stamps to mail them.

So that, plaintiff may be able to make copies of legal documents, and serve all parties with his response to the defendants' Rule 12(c) motion, in the following days.

In the instant matter, the plaintiff is indigent inmate and Pro Se litigant.

Consequently, plaintiff respectfully pleads with all parties, to accept his request for enlargement of time, and adopt, as possible, the following schedule:

(a). The plaintiff's response will be served within the next three business days, <u>following the deadline to be set by the Court, for the prison - MCC-New York - to make copies of legal documents for the indigent Pro Se litigant inmate (plaintiff)</u>;

(b). And 18 days thereafter, will be the due date of the defendants' reply.

THANK YOU VERY MUCH FOR YOUR TIME AND CONSIDERATION.

Respectfully Submitted,

Rodolphe Nogbou
# 60326-054
Pro Se - Plaintiff

CC: Rodolphe Nogbou's Counsel
Case # 07 CR. 814 (JFK)
Lance Croffoot-Suede
Attorney At Law
Linklaters LLP
1345 Avenue of the Americas
New York, NY 10105

Mr. Croffoot, please serve a copy of this letter (for the Record) upon:

HONORABLE JOHN F. KEENAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007

John P. Cronin
Assistant U.S. Attorney
Southern District of New York
One St. Andrew's Plaza
New York, NY

Rodolphe Nogbou
# 60326-054
MCC-New York
150 Park Row
New York, NY 10007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Rodolphe Nogbou

    -against-                          07 CV. 3763 (RWS)

Police Officer Mayrose Et Al.,

---

Rodolphe Nogbou

    -against-                          07 CV. 8515 (RWS)

Police Officer LoRe Et Al.,        AFFIRMATION OF SERVICE

---

    I, Rodolphe Nogbou, DECLARE UNDER PENALTY OF PERJURY that I have served a copy of the attached REQUEST FOR ENLARGEMENT OF TIME AND FOR A COURT ORDER FOR THE PRISON - MCC-NEW YORK - TO COMPLY WITH FEDERAL COURT ORDER upon Sumit Sud (defendants' counsel) whose address is 100 Church Street, Room 3-209, New York, NY 10007 by Regular Mail.

Dated: New York, New York
       June 26, 2008

                                      Signature: _____
                                                 Rodolphe Nogbou
                                                 # 60326-054
                                                 Pro Se - Plaintiff
                                                 MCC-New York
                                                 150 Park Row
                                                 New York, NY 10007