


THE CITY OF NEW YORK

MICHAEL A. CARDOZO
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Sumit Sud
*Assistant Corporation Counsel*
ssud@law.nyc.gov
(212) 788-1096
(212) 788-9776 (fax)

August 14, 2008

**BY FAX (212) 805-0124**
The Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/08

So ordered
[signature] Sweet / USDJ
8.20.08

Re: Rodolphe Nogbou v. Police Officer Mayrose et al.,
07 Civ. 3763 (RWS)

Rodophe Nobou v. Police Officer LoRe, et al.,
07 Civ. 8515 (RWS)

Your Honor:

I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for the defendant City of New York in the above-referenced actions. I write to respectfully request the Court to order plaintiff, who is appearing *pro se*, to comply with Your Honor's Individual Rules of Practice with regards to page limits for Memorandum of Law for the reasons set forth herein.

As way of background, defendants filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(c) on May 30, 2008. Plaintiff served defendants with his opposition to defendants motion on July 22, 2008. Plaintiff's Memorandum of Law consist of 266 pages, not including his exhibits. For both defendants' and the Courts' convenience, I respectfully request that plaintiff be ordered to resubmit his opposition papers and limit them to 25 pages, as stated in Your Honor's Individual Rules of Practice.

Accordingly, defendants purpose that plaintiff be given an additional 30 days to resubmit his opposition in compliance with the 25 page limit for Memorandum of Law, and that defendants have 14 days thereafter to submit their reply brief.

Thank you for Your consideration herein.

Respectfully submitted,

Sumit Sud (SS 2781)
Assistant Corporation Counsel

cc: Rodolphe Nogbou
    60326-054
    MCC New York
    150 Park Row
    New York, NY 10007  (by regular mail)